AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Kelly, James M | 2. Court or Organization  U. S. District Court - EDPA | 3. Date of Report  5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior Judge | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial ● Annual ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  4006 U.S. Courthouse 601 Market St. Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 17 A 11: ? FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Pension - Commonwealth of Pennsylvania | 6217.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts.) | | |
| 1 Mr. & Mrs. Peter DePaul | Holiday Party | $ 300.00 |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, James M | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Beneficial Savings Bank - CD - IRA | B | Interest | L | T | | | | | |
| 2. Beneficial Savings Bank - 1st Federal Stock Trust - IRA | B | Dividend | L | T | | | | | |
| 3. Merrill Lynch Retirement Reserve | A | Interest | J | T | | | | | |
| 4. Citizens Bank checking account | A | Interest | K | T | | | | | |
| 5. Citizens Bank savings account | A | Interest | K | T | | | | | |
| 6. Citizens Bank savings account | A | Interest | J | T | | | | | |
| 7. FNMA GNMA Mtg. | A | Interest . | J | T | | | | | |
| 8. Merrill Lynch Balanced Capital Fund Cl A | A | Dividend | J | T | | | | | |
| 9. Public Service Enterprises common stock | B | Dividend | K | T | Buy Monthly | | J | | |
| 10. Vanguard Dividend Growth Fd | A | Dividend | K | T | Buy Monthly | | J | | |
| 11. Vanguard Prime Portfolio #30 | A | Dividend | L | T | | | | | |
| 12. Vanguard Treasury Money Market #50 | A | Dividend | K | T | | | | | |
| 13. Vanguard 500 Index Fund #40 | B | Dividend | L | T | Buy Monthly | | J | | |
| 14. Rhone Poulenc PFD | A | Dividend | J | T | | | | | |
| 15. Janus Worldwide Fund | A | Dividend | K | T | Buy Monthly | | J | | |
| 16. Vanguard Small Cap Index Fd #48 | A | Dividend | K | T | Buy Monthly | | J | | |
| 17. Reliant Resources common stock | | None | J | T | | | | | |
| 18. Cadbury Schweppes Delaware LP | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, James M | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. American Water Works common stock | A | Dividend | | | Sell | 01/09 | K | D | |
| 20. Merrill Lynch Money Market | A | Interest | K | T | | | | | |
| 21. Vanguard PA Long-term Tax Exempt Fd #77 | A | Dividend | L | T | Buy Monthly | | J | | |
| 22. T. Rowe Price New Era Fund | A | Dividend | J | T | Buy Monthly | | J | | |
| 23. AFC Enterprises common stock | | None | | | Sell | 12/02 | J | A | |
| 24. Amerigas Partners LP | B | Distribution | K | T | | | | | |
| 25. Amgen, Inc. common stock | . | None | K | T | Partial Sale | 06/17 | K | E | |
| 26. Cisco Systems, Inc. common stock | | None | K | T | | | | | |
| 27. Daimler Chrysler common stock | A | Dividend | J | T | | | | | |
| 28. Tyco Int'l, LTD. common stock | A | Dividend | J | T | | | | | |
| 29. Dow Chemical common stock | A | Dividend | J | T | | | | | |
| 30. Fleet Boston Financial Corp. common stock | A | Dividend | K | T | | | | | |
| 31. General Electric common stock | A | Dividend | K | T | | | | | |
| 32. ICOS Corp. common stock | . | None | J | T | | | | | |
| 33. Johnson & Johnson common stock | A | Dividend | K | T | Buy | 03/18 | J | | |
| 34. Maxim Integrated Prod. common stock | A | Dividend | J | T | | | | | |
| 35. Mellon Financial Corp. common stock | A | Dividend | K | T | | | | | |
| 36. Microsoft Corp. common stock | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, James M | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. SBC Communications common stock | A | Dividend | | | Sell | 02/03 | J | A | |
| 38. Sunguard Data, Inc. common stock | | None | J | T | | | | | |
| 39. Tasty Baking common stock | A | Dividend | J | T | | | | | |
| 40. UGI Corp. common stock | B | Dividend | K | T | Partial sale | 01/31 | J | D | |
| 41. Verizon Communications common stock | A | Dividend | J | T′ | Partial Sale | 05/29 | J | C | |
| 42. Viasat common stock | | None | J | T | | | | | |
| 43. Proxim Corp CL A | | None | J | T | | | | | |
| 44. ABN AMRO Cap. Trust PFD | B | Dividend | K | T | | | | | |
| 45. Lehman Brothers Hldg. PFD | B | Dividend | K | T | | | | | |
| 46. Lincoln Nat'l Corp. PFD | A | Dividend | J | T | | | | | |
| 47. Public Storage PFD | B | Dividend | K | T | | | | | |
| 48. State of Connecticut Bond (7/1/2003) | A | Interest | | | Sell | 07/01 | J | A | |
| 49. Butler PA Bond (1/1/04) | A | Interest | J | T | | | | | |
| 50. Reading PA Parking Auth. Bond (11/15/05) | A | Interest | | | Sell | 11/17 | J | A | |
| 51. Alliance/Bernstein Premier Growth FD - Roth IRA | A | Dividend | K | T | | | | | |
| 52. Putnam Capital Appreciation FD - Roth IRA | A | Dividend | | | Sell | 06/17 | K | A | |
| 53. Salomon Smith Barney Money Fund - Roth IRA | A | Dividend | J | T | | | | | |
| 54. Vanguard Health Care Fund - IRA | B | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Delaware High Yield Opp. FD CL A-Simple Plan | A | Dividend | J | T | | | | | |
| 56. Delaware Foundation Income FD CL A-Simple Plan | A | Dividend | J | T | | | | | |
| 57. Salomon Smith Barney cash account | A | Interest | J | T | | | | | |
| 58. AFC Enterprises Inc. common stock | | None | | | Sell | 12/02 | J | A | |
| 59. ARA Aramark common stock | A | Dividend | J | T | | | | | |
| 60. Alliance Cap. Mgmt. Hldg. LP | A | Distribution | J | T | | | | | |
| 61. Apartment Investment & Management common stock | A | Dividend | J | T | | | | | |
| 62. Lexington Corp. common stock | A | Dividend | J | T | | | | | |
| 63. Electronic Data Sys. PFD | A | Dividend | J | T | | | | | |
| 64. Hazleton PA Water Auth. Bond (4/1/02) | A | Interest | K | T | | | | | |
| 65. Bank of America Bond (2/15/09) | A | Interest | J | T | | | | | |
| 66. Home Depot common stock | A | Dividend | J | T | | | | | |
| 67. Oppenheimer Cap. Income Fd. CL C | A | Dividend | J | T | | | | | |
| 68. Freedom Tax Credit Plus LP | | None | J | T | | | | | |
| 69. Vanguard Inflation Protection FD | B | Dividend | K | T | Partial sale | 05/02 | J | A | |
| 70. Centerpoint Energy common | A | Dividend | J | T | Buy monthly | | J | | |
| 71. Du Pont E I De Nemours common | A | Dividend | J | T | | | | | |
| 72. Elan Corp PLC | | None | J | T | Buy | 01/14 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Johnson & Johnson PFD | A | Dividend | K | T | | | | | |
| 74. Storage Technology common | | None | | | Sell | 01/09 | J | B | |
| 75. NASDAQ 100 Trust Ser 1 | A | Dividend | J | T | | | | | |
| 76. Smurfit Stone Container Corp PFD | A | Dividend | J | T | | | | | |
| 77. Ford Motor Credit Corp Sr Notes | A | Interest | J | T | | | | | |
| 78. Sovereign Bancorp bond | A | Interest | J | T | | | | | |
| 79. Federal Home Loan Mtg Corp notes | A | Interest | | | Sell | 04/17 | J | A | |
| 80. Federal Home Loan Mtg Corp notes | A | Interest | | | Sell | 06/27 | K | A | |
| 81. Financing Corp FICO Strip | B | Interest | K | T | | | | | |
| 82. Wachovia bank accounts (name change) | A | Interest | J | T | | | | | |
| 83. Barrick Gold Corp. | A | Dividend | J | T | Buy | 12/03 | J | | |
| 84. Texas Genco Holding | A | Dividend | J | T | Buy | 01/10 | J | | |
| 85. CitiBank bank account (Smith Barney bank deposit program) | A | Interest | J | T | Open | 03/12 | J | | |
| 86. Altair Nanotechnologies Inc. | | None | J | T | Buy | 12/02 | J | | |
| 87. Genaera Corp. | | None | J | T | Buy | 07/22 | J | | |
| 88. Intel Corporation | A | Dividend | J | T | Buy | 09/05 | J | | |
| 89. General Motors Acceptance Corporation Bond | B | Interest | K | T | Buy | 07/08 | K | | |
| 90. National Bank of SC certificate of deposit | A | Interest | J | T | Open | 04/16 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, James M | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. CitiGroup Capital IX TRUPS 6% | A | Interest | J | T | Buy | 02/05 | J | | |
| 92. Firstbank certificate of deposit (IRA) | A | Interest | J | T | Open | 02/25 | J | | |

1. Income/Gain Codes (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
  U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _5/11/2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544